United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Bobo, Matthew William |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, August 22, 2014 |
| Re: | 01:14-CV-00750-LY / Doc # 14 / Filed On: 08/21/2014 04:41 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: The attorney of record for the defendant was not listed on the Certificate of Service. File an Amended Certificate of Service as a SEPARATE document, in PLEADING format, that correctly lists the defendant's attorney of record and how he was served. Use the "Certificate of Service" Event located under the "Service of Process" menu. Link back to the Original Pleading.