UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PSI SYSTEMS, INC., D/B/A ENDICIA § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| V. § | | Civil Action No: 1:14-cv-750-LY |
| § | | |
| AUCTANE L.L.C. D/B/A § | | |
| SHIPSTATION § | | |
| § | | |
| Defendant. § | | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SEALED DOCUMENTS

On this day the Court considered Plaintiff's Motion for Leave to file Sealed Documents previously filed with the Court, and after reviewing the evidence, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court will seal Document Nos. 1-1, 5-3 and 5-6 previously filed with the Court.

**SIGNED** on August 22, 2014.

_____
JUDGE PRESIDING