IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PSI SYSTEMS, INC., D/B/A ENDICIA, § § Plaintiff § § v. § § AUCTANE L.L.C. D/B/A SHIPSTATION, § § Defendant. § § | NO. 1:14-cv-750-LY |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SEALED DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES defendant Auctane L.L.C., d/b/a ShipStation ("Auctane"), pursuant to Local Rule CV-5.2, and requests that the Court grant Defendant Auctane leave in which to seal exhibits attached to previously filed pleadings. Auctane, in an abundance of caution requests these documents be sealed and attach hereto an accompanying Order Granting Leave to File Sealed Documents previously filed with the Court.

I.

Auctane attached several redacted exhibits to its Response to Plaintiff's Application for TRO (Document No. 7), Exhibits 1-7. Auctane also attached Declarations to its Response to Plaintiff's Application for TRO. Moreover, Auctane cites directly these exhibits and declarations in its Response to Plaintiff's Application for TRO. In an abundance of caution and in response to a request from a third party, Auctane asks the Court to seal these documents until such time as a final determination is made regarding their confidentiality.

II.

This request for leave is sought so that justice may be done, and not for purposes of delay. WHEREFORE, PREMISES CONSIDERED, Defendant Auctane requests the Court to grant leave to file Sealed Document previously filed with this Court as Document Nos. 7, 7-1 - 7-10.

Dated: September 2, 2014          Respectfully submitted,

By:   */s/: M. Craig Tyler*
    M. Craig Tyler
    TX. Bar. No. 00794762
    **WILSON SONSINI GOODRICH & ROSATI**
    Professional Corporation
    900 South Capital of Texas Highway
    Las Cimas IV, Fifth Floor
    Austin, Texas 78746
    (512) 338-5400
    ctyler@wsgr.com

    Philip J. Graves (*pro hac vice* to be filed)
    pgraves@swlaw.com
    SNELL & WILMER L.L.P.
    350 South Grand Avenue
    Suite 2600
    Two California Plaza
    Los Angeles, California 90071
    Telephone:     213.929.2500
    Facsimile:     213.929.2525
    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of September, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/: *M. Craig Tyler*
M. Craig Tyler