IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PSI SYSTEMS, INC., D/B/A ENDICIA, | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 1:14-cv-750-LY |
| AUCTANE L.L.C. D/B/A SHIPSTATION, | § § | |
| Defendant. | § § | |

**ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO FILE SEALED DOCUMENTS**

CAME ON TO BE HEARD Defendant Auctane L.L.C., d/b/a ShipStation ("Auctane") Motion for Leave to File Sealed Documents, the Court is of the opinion that the Motion should be and is GRANTED.

IT IS THEREFORE, ORDERED that the Motion for Leave to File Sealed Documents is GRANTED and the Court hereby ORDERS that Defendant's Response to Plaintiff's Motion for Temporary Restraining Order (Docket No. 7), and all exhibits and attachments, are hereby SEALED.

IT IS SO ORDERED.

SIGNED this ___ day of _____ 2014, at Austin, Texas.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE