**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| PSI SYSTEMS, INC., D/B/A ENDICIA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. 1:14-cv-750-LY |
| | § | |
| AUCTANE L.L.C. D/B/A SHIPSTATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**<u>DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTION</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that a statement of redaction of specific confidential information contained in the transcript of proceedings dated August 13, 2014 will be submitted to the Court Reporter/Transcriber by September 18, 2014.

Dated: September 8, 2014                    Respectfully submitted,

By:    _/s/: M. Craig Tyler_
          M. Craig Tyler
          TX. Bar. No. 00794762
          **WILSON SONSINI GOODRICH & ROSATI**
          Professional Corporation
          900 South Capital of Texas Highway
          Las Cimas IV, Fifth Floor
          Austin, Texas 78746
          (512) 338-5400
          ctyler@wsgr.com

Philip J. Graves (*pro hac vice* to be filed)
pgraves@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue
Suite 2600
Two California Plaza
Los Angeles, California  90071
Telephone:     213.929.2500
Facsimile:     213.929.2525
**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on this 8th day of September, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.


/s/: *M. Craig Tyler*
M. Craig Tyler