# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| PSI SYSTEMS, INC., D/B/A ENDICIA, | § § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 1:14-cv-750-LY |
| AUCTANE L.L.C. D/B/A SHIPSTATION, | § § | Honorable Judge Lee Yeakel |
| Defendant. | § § | |

## ORDER GRANTING DEFENDANT AUCTANE LLC'S UNOPPOSED MOTION TO REDACT TRANSCRIPT OF HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

CAME ON TO BE HEARD Defendant Auctane L.L.C. d/b/a Shipstation's ("Auctane") Unopposed Motion to Redact the Transcript of Hearing on Motion for Temporary Restraining Order Held on August 13, 2014. Having considered the Motion, the Court is of the opinion that Auctane's Motion should be and is GRANTED.

IT IS THEREFORE, ORDERED that the following portions of the Transcript of Hearing on Motion for Temporary Restraining Order should be redacted:

- 4:16 – 4:18 (up to "At")
- 5:5-7 (up to "Endicia")
- 5:11-16 (up to "So")
- 5:18-25
- 8:17 (starting after "ourselves") – 8:20
- 12:4 (starting after "Court") – 12:9
- 12:25-13:4
- 16:5-25
- 17:1-19:5
- 20:1 (starting after "know") – 20:10
- 24:20 (starting after "please?") – 25:16

IT IS SO ORDERED.

SIGNED this ___ day of _____ 2014, at Austin, Texas.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE