UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT - 7 2014
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

PSI SYSTEMS, INC.          §
                           §   CIVIL NO:
vs.                        §   AU:14-CV-00750-LY
                           §
AUCTANE, L.L.C.            §

## LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. Rick Hernandez | 1. Nathan Jones |
| 2. | 2. Jason Hodges |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |