FILED
OCT - 7 2014
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PSI SYSTEMS, INC. | § § § § § § | |
| | § | CIVIL NO. A-14-CV-750-LY |
| AUCTANE, L.L.C. | | |

# PLAINTIFF'S PRELIMINARY INJUNCTION EXHIBITS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PSI SYSTEMS, INC. D/B/A ENDICIA §<br>§<br>Plaintiff, §<br>§<br>vs. §<br>§<br>AUCTANE L.L.C. D/B/A SHIPSTATION §<br>§<br>Defendant. §<br>§ | Civil Action No: 1:14-cv-750-LY |

## PLAINTIFF'S EXHIBIT LIST

*Date Admitted*

Exhibit 2.   E-Mail from Nathan Jones to Sebastian Buerba, dated Thursday, July 24, 2014   9-25-2014

Exhibit 3.   E-Mail from Richard Perry, Jr. to Jason Hodges, dated Saturday, July 14, 2012   9-25-2014

Exhibit 4.   Agreement between Auctane LLC and PSI System, Inc., dated November 2013   9-25-2014

Exhibit 5.   E-Mail from Rick Hernandez to Nathan Jones, dated Friday, November 1, 2013   9-25-2014

Exhibit 6.   E-Mail from Rick Hernandez to Nathan Jones, dated Monday, February 3, 2014   9-25-2014

*Date Admitted*

| | | |
|---|---|---|
| Exhibit 7. | E-mail from Nathan Jones to Jason Hodges, dated Thursday, January 30, 2014 | 9-25-2014 |
| Exhibit 8. | E-Mail from Lavall Colston – Jernigan to Partner 911 Issues, dated Friday, November 1, 2013 | 9-25-2014 |
| Exhibit 9. | E-Mail from Nathan Jones to Ken McBride, dated Thursday, June 26, 2014 | 9-25-2014 |
| Exhibit 10. | E-Mail from Rick Hernandez to Stephen Drinnon, dated Sunday, August 3, 2014 | 9-25-2014 |
| Exhibit 20. | E-Mail from Deb Maskyok to All Customer Support; Endicia Marketing, dated Wednesday, March 7, 2012 | 9-25-2014 |
| Exhibit 21. | E-Mail from Deb Moskyok to Deb Moskyok, dated Wednesday, September 24, 2014 | 9-25-2014 |
| Exhibit 22. | E-Mail from Robert Gilbreath to Ben Ocken, dated Friday, August 9, 2013 | 9-25-2014 |
| Exhibit 25. | (TAB A)  Auctane, LLC and PSI Systems, Inc., Agreement, dated November 2013. | 9-25-2014 |
| Exhibit 26 | (TAB B)  Auctane, LLC and PSI Systems, Inc., dated August 2011 | 9-25-2014 |
| Exhibit 27 | (TAB C)  E-Mail from Nathan Jones to Ken McBride, dated April 29, 2014 | 9-25-2014 |
| Exhibit 28 | (TAB D)  E-Mail from Aziz Megji to Nathan Jones, Jason Hodges, Byron Wier, dated May 16, 2014 | 9-25-2014 |
| Exhibit 29 | (TAB E)  E-Mail from Nathan Jones to Jason Hodges, dated June 16, 2014 | 9-25-2014 |
| Exhibit 30 | (TAB F)  E-Mail from Nathan Jones to Ken McBride, dated June 26, 2014 | 9-25-2014 |
| Exhibit 31 | (TAB G)  E-Mail from Ken McBride to Nathan Jones, Sebastian Buerba, dated June 25, 2014 | 9-25-2014 |

Date Admitted

| | | |
|---|---|---|
| Exhibit 32 | (TAB H)  E-Mail from Ben Zhang to Jason Hodges, dated July 18, 2014 | 9-25-2014 |
| Exhibit 33 | (TAB I)  E-Mail from Nathan Jones to Jason Hodges, dated July 23, 2041 | 9-25-2014 |
| Exhibit 34 | (TAB J)  E-Mail from Nathan Jones to All, dated July 24, 2014 | 9-25-2014 |
| Exhibit 35 | (TAB K)  E-Mail from no-reply to ShipStation Info, dated July 25, 2014 | 9-25-2014 |
| Exhibit 36 | (TAB L)  Spreadsheet | 9-25-2014 |
| Exhibit 37 | (TAB M)  E-Mail from Richard Perry, Jr. to Jason Hodges, dated July 14, 2012 | 9-25-2014 |
| Exhibit 38 | (TAB N)  Addendum #3 to Distribution | 9-25-2014 |
| Exhibit 39 | (TAB O)  Press release, dated October 19, 2011 | 9-25-2014 |
| Exhibit 40 | (TAB P)  E-Mail from Jason Hodges to Scott Bryce, dated May 14, 2014 | 9-25-2014 |
| Exhibit 41 | Group Exhibit containing e-mail from Wing Ng to Jason Hodges, dated July 11, 2013 | 10-7-2014 |
| Exhibit 42 | E-Mail from Jason Hodges to J. Colby Clark, dated June 17, 2014 | 10-7-2014 |
| Exhibit 43 | E-Mail from Jason Hodges to Nathan Jones, dated June 18, 2014 | 10-7-2014 |
| Exhibit 44 | E-Mail from Nathan Jones to Jason Hodges, dated July 30, 2014 | 10-7-2014 |
| Exhibit 45 | E-Mail from Jason Hodges to Erin Barandes, dated July 28, 2014 | 10-7-2014 |
| Exhibit 46 | E-Mail from Jason Hodges to Nathan Jones, dated July 28, 2014 | 10-7-2014 |
| Exhibit 47 | E-Mail from J. Colby Clark to Jason Hodges, dated June 24, 2014 | 10-7-2014 |

1.