FILEr

OCT - 7 2014

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PSI SYSTEMS, INC. | § § § § § § | CIVIL NO. A-14-CV-750-LY |
| AUCTANE, L.L.C. | | |

# DEFENDANT'S PRELIMINARY INJUNCTION EXHIBITS

PSI Systems, Inc., D/B/A Endicia v. Auctane L.L.C. D/B/A ShipStation
Defendant's Exhibit List

| Exhibit No. | Bates Beg | Bates End | Description | Date Admitted |
|---|---|---|---|---|
| 1 | N/A | N/A | Exhibit P-4 to Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction - 8/3/2014 email string between Stephen Drinnon and Brian Decker, et al. | 9-25-2014 |
| 2 | Endicia_400008 | Endicia_400009 | Hernandez Deposition Exhibit 9 - 7/25/2014 email string between Colby Clark and Rick Hernandez | 9-25-2014 |
| 3 | Endicia_400016 | Endicia_400016 | Hernandez Deposition Exhibit 10 - 7/25/2014 email string between Colby Clark and Rick Hernandez | 9-25-2014 |
| 4 | N/A | N/A | Hernandez Deposition Exhibit 3 - 11/2013 Agreement between Auctane (ShipStation) and PSI Systems, Inc. (Endicia) | 9-25-2014 |
| 5 | Endicia_300015 | Endicia_300029 | 4/2010 Agreement between Rapid Enterprises, Inc. (Express 1) and PSI Systems, Inc. (Endicia) | 9-25-2014 |
| 6 | Endicia_300001 | Endicia_300010 | 8/2010 Strategic Sales, Marketing, and Technology Integration Agreement between Rapid Enterprises, Inc. (Express 1) and PSI Systems, Inc. (Endicia) | 9-25-2014 |
| 7 | N/A | N/A | Hernandez Deposition Exhibit 14 - Endicia website: July 2014 Newsletter | 9-25-2014 |
| 8 | N/A | N/A | Plaintiff's Deposition Exhibit No. 2 - 8/2011 Agreement between Auctane (ShipStation) and PSI Systems, Inc. (Endicia) | 9-25-2014 |
| 9 | N/A | N/A | 6/19/2013 www.ecommercebytes.com article: Endicia Integrates Shipping Software with eBay | 9-25-2014 |
| 10 | SHIP_0004327 | SHIP_0004328 | 4/23/2013 email between Rick Hernandez, Nathan Jones, and Jason Hodges | 9-25-2014 |
| 11 | SHIP_0004085 | SHIP_0004102 | 7/26/2013 email between Rick Hernandez and Nathan Jones with attachment | 9-25-2014 |
| 12 | N/A | N/A | Plaintiff's Deposition Exhibit No. 1 - 11/2013  Agreement between Auctane (ShipStation) and PSI Systems, Inc. (Endicia) | 9-25-2014 |
| 13 | SHIP_0021212 | SHIP_0021213 | 6/18/2014 email between Jason Hodges and Nathan Jones | 9-25-2014 |
| 14 | SHIP_0033073 | SHIP_0033074 | 6/25/2014 Addendum No. 3 to Distribution Agreement between Auctane (ShipStation) and Express One | 9-25-2014 |
| 15 | SHIP-N_00003 | SHIP-N_00003 | Excerpt from Customer Database spreadsheet | 9-25-2014 |
| 16 | SHIP_0033093 | SHIP_0033101 | 9/10/2009 Stamps.com Webservice API License Agreement with Auctane (ShipStation) | 9-25-2014 |
| 17 | SHIP_0033079 | SHIP_0033092 | 1/16/2014 Stamps.com Web-Service API License Agreement with Auctane (ShipStation) | 9-25-2014 |
| 18 | EO-001111 | EO-001112 | Plaintiff's Deposition Exhibit No. 9 - email string between Colby Clark, Jason Hodges, et al. | 9-25-2014 |
| 19 | SHIP_0010996 | SHIP_0010996 | 7/24/2014 email string between Jason Hodges and Scott E. Bryce | 9-25-2014 |
| 20 | SHIP_0012292 | SHIP_0012295 | 7/21/2014 email string between Jason Hodges and Jim Bowers | 9-25-2014 |
| 21 | SHIP-N_00009 | SHIP-N_00009 | 6/18/2014 voicemail from Colby Clark to Jason Hodges (CD) | 9-25-2014 |

PSI Systems, Inc., D/B/A Endicia v. Auctane L.L.C. D/B/A ShipStation
Defendant's Exhibit List

| Exhibit No. | Bates Beg | Bates End | Description | |
|---|---|---|---|---|
| 22 | N/A | N/A | Defendant's demonstratives for 9/25/2014 hearing | admitted 9-25-2014 |
| 23 | SHIP_0200623 | SHIP_0200624 | 7/8/2014 email string between Jim Bowers and Jason Hodges, et al. | 10-7-2014 |