UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
OCT - 7 2014
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| PSI SYSTEMS, INC. | § § | CIVIL NO: |
| vs. | § § | AU:14-CV-00750-LY |
| AUCTANE, L.L.C. | § § | |

## ADDITIONAL PRELIMINARY INJUNCTION EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| Joint Exhibit 1 | Notebook with Deposition Excerpts of: A) John Colby Clark and B) Jim Bowers | 10/07/2014 |